

CV-13 1638

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 1 8 2013 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

BROOKLYN OFFICE

SElWYN ICANGElO
Full name of plaintiff/prisoner ID#

        Plaintiff,

JURY DEMAND
YES ✓   NO _____

-against-
Officer Jhon doe
Badge num # 1222
command (RF+F)
Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

FEUERSTEIN, J
LINDSAY, M.

        Defendants.
-----------------------------------------------------------x

I.    Previous Lawsuits:

        A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

        B.    If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

           1. Parties to this previous lawsuit:

              Plaintiffs: _____
                             _____

              Defendants: _____
                              _____

           2. Court (if federal court, name the district;
             if state court, name the county)
             _____

           3. Docket Number: _____

1

           4. Name of the Judge to whom case was assigned: _____

    5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    6. Approximate date of filing lawsuit: _____

    7. Approximate date of disposition: _____

II. Place of Present Confinement: 110 Center drive Riverhead Ny-11901 SCCF

  A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

  B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

  C. If your answer is YES,

    1. What steps did you take? _____

    2. What was the result? _____

  D. If your answer is NO, explain why not Because This matter doesn't consist of a prisoner grievance.

  E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

  F. If your answer is YES,

    1. What steps did you take? _____

    2. What was the result? _____

III.  Parties:
>(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff SELWYN I CANGELO

Address 110 center Drive Riverhead NY 11901

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1   Officer Jhon doe, Badge (1222) Command BFFF N.Y.C.P.D pct. 101

Defendant No. 2

Defendant No. 3

Defendant No. 4

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

V.  Relief:

State what relief you are seeking if you prevail on your complaint.

I would like to Sue the officer Jhon Doe Badge Number (1222) command (BF+P) of The N.Y.C.P.D. pct 101. for 50,000,000

I declare under penalty of perjury that on _____, I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this __14__ day of __MARCH__, 20_13_. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Plaintiff

Riverhead Correctional Facility
Name of Prison Facility

110 center Drive Riverhead NY 11901
Address

494948
Prisoner ID#

STEVEN JULIUS POTTER
Notary Public, State of New York
No. 01PO...
Qualified in Su...
Commission Expires...16

IV. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

On June 8th 2012, The deffendant Selwyn I. cAngelo was Arrested at beach 17th street farrockaway NY. By Nypd 101st precinct, Arresting officer Badge Number (1222) Command (RF+F) without a Search warrant. Searched The primisses finding a 357 magnum, in which deffendant was found not guilty after eight month's of Jail time Served at riker's, due to dismissal by grand Jury in which deffendants rights were violated due to timely grand Jury action, was timed out within Six months of incarceration.

IV.A  If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

My injuries is That i missed my daughters Birth and mental inguish and also it has led to and probable Cause in suffolks Arrest. And eight months in Jail. My claim is for faulse Arrest faulse imprisonment, and malicias prosecution.

4

# VERIFICATION

I **Selwyn IcAngelo**, being duly sworn deposes and says:

I am the **plaintiff** in the above-named proceeding and that I
(Petitioner/Respondent)

have read the foregoing **1983** and believe it to be true and
(Name of Document)

accurate to my own knowledge, except as to those matters therein stated to be alleged

upon information and belief and as to those matters I believe to be true.

Dated: **3-14-13**

Respectfully submitted:

*Selwyn iangelo*
Petitioner

STATE OF NEW YORK )
COUNTY OF SUFFOLK )SS.:

Sworn to before me this **14th**

day of **March** 20 **13**

_____
Notary Public

STEVEN JULIUS POTTER
Notary Public, State of New York
No. 01PO_____
Qualified in Suffolk County
Commission Expires __/__/16