UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SELWYN ICANGELO,

                Plaintiff,

                            ORDER
-against-                      13-CV-01638(SJF)(ARL)

JOHN KELLY, SHIELD NO. 1199 and
JOHN DOE, SHIELD NO. 1222,

                Defendants.
-----------------------------------------------------------X

FEUERSTEIN, District Judge:

      By Order dated April 2, 2013, the Court granted the application of incarcerated pro se plaintiff Selwyn Icangelo ("plaintiff") to proceed in forma pauperis and stayed and administratively closed his civil rights action brought pursuant to 42 U.S.C. § 1983 pending the resolution of his underlying criminal case. By letter dated April 8, 2013 plaintiff requested that the case be reopened because the underlying criminal case, Docket No. 2012QN031124, has been dismissed. On April 19, 2013, plaintiff filed an amended complaint.

      Upon review of plaintiff's letter and the exhibits thereto and his amended complaint, the Court respectfully requests that the Clerk of the Court re-open this case, issue summonses and serve copies of the summonses and the amended complaint upon the defendants, who are alleged to work from the 101st Precinct in Far Rockaway, Queens County.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

SO ORDERED.

Dated:    June 17, 2013
Central Islip, New York

s/ Sandra J. Feuerstein
Sandra J. Feuerstein
United States District Judge

2